UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LORETTA GRIFFITH/LORETTA HUDSON; CALVIN HUDSON,<br><br>        Plaintiffs,<br><br>    -against-<br><br>SOUTHEAST GRAND STREET GUILD, ET AL.,<br><br>        Defendants. | 24-CV-1281 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

  By order dated March 14, 2024, the Court directed Plaintiffs, within thirty days, to submit amended applications for leave to proceed *in forma pauperis* ("IFP application") or pay the $405.00 in fees required to file a civil action in this court. That order specified that failure to comply would result in dismissal of the complaint. On March 20, 2024, the order was returned to the Court with a notation on the envelope indicating that the mail was undeliverable to the address Plaintiffs provided and that it could not be forwarded. The order was remailed on March 21, 2024, and was again returned as undeliverable on April 12, 2024.

  Plaintiffs have not complied with the Court's order, have failed to notify the Court of a change of mailing address, and have not initiated any further contact with the Court, written or otherwise. Accordingly, Plaintiffs' complaint, filed IFP pursuant to 28 U.S.C. § 1915(a)(1), is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Court directs the Clerk of Court to enter judgment.

SO ORDERED.

Dated:   April 18, 2024
         New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge